UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ERICK CHARLES MENDIOLA,
    Plaintiff,

v.

PATRICK COVELLO, et al.,
    Defendants.

No. 2:24-cv-1911 AC P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Erick Charles Mendiola, AKA Anthony Mendoza, Booking #1568772, a necessary and material participant in a settlement conference in this case on January 29, 2026, is confined in Stanislaus County Public Safety Center, in the custody of the Sheriff. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Chief Magistrate Judge Carolyn K. Delaney, to appear by Zoom video conference from his place of confinement, on January 29, 2026, at 9:30 a.m.

Accordingly, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the custodian to produce the inmate named above, by Zoom video conference, to participate in court proceedings at the time and place above, until completion or as ordered by the court. Zoom video conference connection information will be supplied via separate email;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Sheriff at the Stanislaus County Public Safety Center at (209) 491-8765 or via email; and

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Lisa Kennison, Courtroom Deputy, at lkennison@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Sheriff, Stanislaus County Public Safety Center, 200 E. Hackett Rd., Modesto, CA 95358:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: December 18, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE